108 F.3d 328
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
In re Alfred A. GALLANT, Jr., Plaintiff, Appellant.
 No. 96-2136.
 United States Court of Appeals,
First Circuit.
 Mar. 4, 1997.
 
 Alfred A. Gallant, Jr. on brief pro se.
 Before Selya, Cyr and Boudin, Circuit Judges.
 Per Curiam.
 
 
 1
 Substantially for the reasons enumerated by the district court in its "procedural order" dated September 26, 1996, the order of dismissal is summarily affirmed. See Loc. R. 27.1.